UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jon Hanson,

       Plaintiff,

v.

Loparex Inc. and Loparex LLC.,

       Defendants.

ORDER
Civ. No. 09-1070 (MJD/FLN)

_____

This matter is before the Court upon Defendants Loparex Inc. and Loparex LLC's ("Loparex") appeal of the Order of Magistrate Judge Susan Richard Nelson dated December 7, 2010.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a). Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

IT IS HEREBY ORDERED that the Order dated December 7, 2010 [Docket No. 317] is AFFIRMED.

Date:   January 7, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge, U.S. District Court